UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (One Count) |
| v. | ) | Case No.: 3:22-CR- 30 - RLM-MGG |
| | ) | |
| JOHN HOLDEN | ) | 18 U.S.C. § 922(a)(6) |

**THE GRAND JURY CHARGES:**

On or about August 11, 2021, in the Northern District of Indiana,

**JOHN HOLDEN,**

defendant herein, in connection with the attempted acquisition of a firearm from Worldwide Jewelry & Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Worldwide Jewelry & Pawn that was intended and likely to deceive Worldwide Jewelry & Pawn as to a fact material to the lawfulness of the sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was not under indictment or information in any court for a felony offense when in fact he was under felony information.

All in violation of Title 18, United States Code, Section 922(a)(6).

Dated: April 13, 2022

                                        A TRUE BILL:

                                        s/ Foreperson
                                        Grand Jury Foreperson

APPROVED BY:

    CLIFFORD D. JOHNSON
    UNITED STATES ATTORNEY

By:   s/ Joel R. Gabrielse
        Joel R. Gabrielse
        Assistant United States Attorney